**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

**DENIS RIVERA,**
    **Plaintiff,**                    **Civil Action No. 7:19 -cv-00346**

**v.**                                       **ORDER**

**RANDALL C. MATHENA, ET AL,**      **By:**   **Robert S. Ballou**.
    **Defendant(s).**                        **United States Magistrate Judge**

This matter is before the court upon a request by an attorney for a telephonic conference with the plaintiff in this case. The plaintiff's custodian is requested to have:

<u>DENIS RIVERA, #1125686</u>

available to speak with the attorney on <u>Tuesday, December 3, 2019</u> at <u>9:00 am</u>[1] so that the plaintiff and the attorney may discuss the case. A representative of the facility shall correspond directly with the attorney to setup the telephonic conference. The contact information of the attorney will be provided to the facility by the Clerk's Office.

The Clerk shall send a copy of this order to the attorney(s), the parties, and plaintiff's custodian.

**ENTER**: This 26th day of November, 2019.

                        s/ Robert S. Ballou
                        United States Magistrate Judge

---

[1] Or at another time mutually agreed upon by the attorney and the facility staff.