CLERK'S OFFICE U.S. DIST. COURT
FILED
JAN 12 2021
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Denis A. Rivera,
River North Prison
329 Dellbrook Lane
Independence, VA 24348

January 6, 2021

To: Judge Ms. Pamela M. Sargent
U.S. District Court
Office Of the Clerk
210 Franklin Road, RM
Suite 540
Roanoke, VA 24011

Civil case: 7:16-cv-00346

## Motion Requesting Help

Dear Judge Ms. Sargent

I am writing the court for help. Attached hereto are Exhibits label #1-A and #1. On Dec. 8, 2020 I informed you that on Dec. 4, 2020 I had spoken to Mr. Fishwick and that during that conversation he stated that if I didn't signed the settlement agreement document "things will not go good for me." He also stated that if I do signed it that he promise he would work with the Defendant's attorney to fix the wording as to the supervisor asking each individual prisoner for outside recreation exercises and/or showers when taking up the list.

#1                             Cont. On #2.

(Note: It is already being done in other prisons by the guards, but it is best for the supervisors to do it when taking the list after making the announcement that the list will be taken).

Now Mr. Fishwick sends me the attached letter that I've label as Exhibit #1. On our conversation of Dec. 18, 2020 after he had already received the settlement document signed by me, he told me that the attorney's Defendants couldn't have pressure me if I didn't want to sign. Mr. Fishwick contradicted himself and switch his statements and it is not good to lied. This should be fix by the court.

Also the Defendants have failed to send me my money ($5,000) as we had agreed about three months back.

Respectfully,

Denis A. Rivera

#2.

# Certificate Of Service

I Plaintiff, Denis A. Rivera, hereby certifies that on this 6th day of January 2021 I did in fact mailed via first-class mail a two (2) page motion attached with Exhibit #1 in regards to Civil Action 7:16-cv-00346-JPJ-PMS. Also attached is Exhibit #1-A, the motion is: Motion Requesting Help.

To: Judge Ms. Pamela M. Sargent
U.S. District Court
Office Of The Clerk
210 Franklin Road, RM
Suite 540
Roanoke, VA 24011

Sworn to and subscribed before me in my presence this 06 day of January 2021

Notary Public:

*[Notary signature: Bianca L Morgan]*

I certify that this notary is not a party to this action. (River North Correctional Center)
_____ (Offender)

State of Virginia
County of Grayson
On this 06 day of January 2021
before me personally appeared
Denis A. Rivera
to me known to be the person who executed the foregoing instrument, and acknowledged that the execution was of his/her free act and deed.
SEAL (signed) _____
NOTARY PUBLIC

*[Notary Seal: BIANCA L MORGAN, NOTARY PUBLIC, REG. # 7859087, MY COMMISSION EXPIRES 08.31.2024, COMMONWEALTH OF VIRGINIA]*

**John P. Fishwick, Jr.**

Telephone: 540.345.5890
Facsimile: 540.345.5789

john.fishwick@fishwickandassociates.com
www.fishwickandassociates.com



**FISHWICK & ASSOCIATES** PLC

Professional Arts Building
30 Franklin Road
Suite 700
Roanoke, VA  24011

Mailing Address:
P. O. Box 749
Roanoke, VA  24004

December 21, 2020

**Via First Class Mail**

Denis Rivera
Inmate No. 1125686
River North Correctional Center
329 Dell Brook Lane
Independence, VA 24348

Dear Denis:

     This is a follow-up to our telephone conversation on Friday, December 18, 2020. As I told you Friday and previously, I cannot negotiate for more than is in the settlement agreement. Specifically, the defendant has not and will not agree to your request to: "fix the wording for number three (3) paragraph in the way that will be added that the supervisors will verbally ask each prisoner while taking the shower/ recreation exercise list at their doors if they want either shower and/or outside recreation exercise."

     I have forwarded the settlement agreement signed by you to Defendant's counsel.

     Thank you for your attention to this matter.

     With kind regards, I remain

Very truly yours,

Fishwick & Associates PLC

John P. Fishwick, Jr.

JPF: krd

Exhibit #1-A

Denis A. Rivera
River North Prison
329 Dellbrook Lane
Independence, VA 24348

December 8, 2020

To: Judge Ms. Pamela M. Sargent
U.S. District Court
Office Of The Clerk
210 Franklin Road, RM Suite 540
Roanoke, VA 24011

Dear Judge Sargent,

I hope and pray that this honest letter finds you in the best of health. Enclosed please find Exhibits #1 and #2 that I received via a prison Lieutenant and a Seargent. On December 4, 2020 I spoke to Mr. John Fishwick and he stated that if I don't signed it things will not go good for me. I signed it today and I will mail it out to show the Defendants/Mr. Richard Vorhis that I'm willing to work with them despite the wave of harassment and violations to my Constitutional and State Rights recently by River North Prison guards/staffs against me, my persona. Also my money (the $5,000.00) has not been given to me, I need my money ASAP. Thank You Ms. P. Sargent. God Bless you.

cc:

Denis A. Rivera

Denis A. Rivera (#1125686)
River North Correctional Censored NOR GREENSBORO NC 270
329 Dellbrook Lane
Independence, VA 24348

RECEIVED
JAN 08 2021
RNCC Mailroom
Outgoing Legal Mail

VA DOC NEITHER CENSORED NOR APPROVED THIS ITEM AND ASSUMES NO RESPONSIBILITY FOR ITS CONTENTS

To: Judge M. Pamela M.
Sargent
U.S. District Court
Office of the Clerk
210 Franklin Road, SW
Suite 540
Roanoke, VA 24011