# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **DENIS RIVERA,** ) | |
| ) | |
| Plaintiff, ) | Case No. 7:16CV00346 |
| ) | |
| v. ) | **OPINION AND ORDER** |
| ) | |
| **RANDALL C. MATHENA, ET AL.,** ) | JUDGE JAMES P. JONES |
| ) | |
| Defendants. ) | |
| ) | |

*Denis Rivera, Pro Se Plaintiff.*

This prisoner civil rights action closed in October 2021 after the parties reached a settlement. Plaintiff Denis Rivera was then represented by counsel. Now, five months later, he has filed a pro se motion seeking interlocutory relief based on recent events entirely unrelated to the underlying cause of action in this case. I will deny his motion as unrelated to the underlying action.

"[A] preliminary injunction may never issue to prevent an injury or harm which not even the moving party contends was caused by the wrong claimed in the underlying action." *Omega World Travel v. TWA*, 111 F.3d 14, 16 (4th Cir. 1997). To warrant interlocutory relief, the movant "must necessarily establish a relationship between the injury claimed in the party's motion and the conduct asserted in the

complaint." *Id.* Rivera's current motion fails to make these required connections.

Accordingly, it is **ORDERED** that the motion, ECF No. 147, is DENIED.

                                      **ENTER**: April 13, 2022

                                      /s/ JAMES P. JONES
                                      Senior United States District Judge